IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL S. LOMELY, | CASE NO. 5:12-cv-01194 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendant(s). | |

Having reviewed the docket, the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the conference currently scheduled for June 29, 2012, is CONTINUED to **September 14, 2012, at 9:00 a.m.** The parties shall file a Joint Case Management Statement on or before **September 7, 2012.**

Defendant's Motion to Appear by Telephone (Docket Item No. 12) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: June 27, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-01194 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE